**SEALED FILED**

APR 0 7 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

INFORMATION ASSOCIATED WITH
INFORMATION ASSOCIATED WITH
tyambrovich@gmail.com,
prettypiece1@gmail.com,
tawny0187@gmail.com,
FF4415579@gmail.com,
valerie.prillwitz@gmail.com,
s.vernonica0187@gmail.com,
Jamesbevins60@gmailcom,
lvnvrrt@gmail.com,
Latombabishop85@gmail.com, and
latombabishop0187@gmail.com THAT IS
STORED AT PREMISES CONTROLLED BY
GOOGLE, INC.

CASE NO. 2:17-SW-0256 EFB

[~~PROPOSED~~] SEALING ORDER

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED for one year from the date of the Court's order.

Dated: 4-7-2017

_____
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER