PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

JUN 14 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: TYAMBROVICH@GMAIL.COM, PRETTYPIECE1@GMAIL.COM, TAWNY0187@GMAIL.COM, FF4415579@GMAIL.COM, VALERIE.PRILLWITZ@GMAIL.COM, S.VERNONICA0187@GMAIL.COM, JAMESBEVINS60@GMAILCOM, LVNVRRT@GMAIL.COM, LATOMBABISHOP85@GMAIL.COM, AND LATOMBABISHOP0187@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | 2:17-SW-0256 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 6-14-2017

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS